IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SHERRY ANN MESECHER,

             Plaintiff,

    v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

             Defendant.

ORDER

22-cv-687-wmc

---

Pursuant to a stipulation for remand (dkt. #11) filed by the parties on April 10, 2023, IT IS HEREBY ORDERED that this matter is REMANDED to the Commissioner pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g) for further proceedings as set forth in that stipulation.

Entered this 10th day of April, 2023.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge